# EXHIBIT "1"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-888-770**

Effective date of registration:

August 8, 2013

---

## Title

**Title of Work:** RUN OKC

**Previous or Alternative Title:** thunder rise together, RUN OKC, Okc downtown (Skyline).

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 25, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Nakia Johnson
- **Pseudonym:** Pictur it Custom Designs & Apparel
- **Author Created:** 2-D artwork

- **Work made for hire:** Yes
- **Citizen of:** United States
- **Year Born:** 1974
- **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Nakia Johnson
P.O. BOX 428, Spencer, OK, 73084, United States

## Certification

**Name:** Benson Ling
**Date:** August 8, 2013
**Applicant's Tracking Number:** 507410162

---

**Correspondence:** Yes

EXHIBIT 1

Page 1 of 1

*-APPLICATION-*

## Title

**Title of Work:** RUN OKC
**Previous or Alternative Title:** thunder rise together, RUN OKC, Okc downtown (Skyline).

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 25, 2010       **Nation of 1st Publication:** United States

## Author

**Author:** Nakia Johnson
**Pseudonym:** Pictur it Custom Designs & Apparel
**Author Created:** 2-D artwork

**Work made for hire:** Yes
**Citizen of:** United States
**Year Born:** 1974
**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Nakia Johnson
P.O. BOX 428, Spencer, OK, 73084, United States

## Certification

**Name:** Benson Ling
**Date:** August 8, 2013
**Applicant's Tracking Number:** 507410162

Page 1 of 1

Registration #:
Service Request #: 1-976302600
Priority: Routine                    Application Date: August 8, 2013 02:41:23 PM

## Correspondent

Name: Nakia Johnson
Email: keymanj@hotmail.com                    Telephone: 405-535-0268
Address: P.O. BOX 428
         Spencer, OK 73084 United States

## Mail Certificate

Nakia Johnson
P.O. BOX 428
Spencer, OK 73084 United States





–4–

